(No. 76-CC-1172–■■■■

J. TARKOWSKI, Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Order filed July 27, 1979.*

PER CURIAM.

This is a claim for property damage alleged to have been caused as a result of negligence of the State of Illinois on November 10, 1974, as a result of a hole in the highway.

Subsequent to the filing of his claim, Claimant settled his case with the insurance company representing the State of Illinois and executed a consent to a dismissal of the claim and received the full amount of his claim.

He now requests this Court to award him attorney's fees of $50.00 and costs of $10.00.

It is the Court's opinion that Claimant, having voluntarily settled his claim, has released the State of Illinois and is not entitled thereafter to again make a claim based on the same original cause of action.

It is hereby ordered that this claim be, and the same is, denied.